# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143564

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BARBARA LAGACE,
      Plaintiff-Appellant,

v

BAY REGIONAL MEDICAL CENTER,
JANE/JOHN DOE and GINNY WEAVER,
      Defendants-Appellees.
_____/

SC: 143564
COA: 294946
Bay CC: 09-003087-NH

On order of the Court, the application for leave to appeal the June 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

h1219